# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1735
Lower Tribunal No. 2023-CA-008549

_____

REBECCA B. COPE and JERRY L. COPE,

Appellants,

v.

GAIL MEDINA, J. TOM SMOOT, III, P.A., JAMES THOMAS SMOOT, III, MEMBERS TRUST COMPANY, FSB, and JEANETTE CROLEY,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Kyle Cohen, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and KAMOUTSAS, JJ., concur.


Niles B. Whitten, of The Law Office of Niles B. Whitten, PLLC, Gainesville, for Appellants.

James Thomas Smoot, III, of J. Tom Smoot, III, P.A., Fort Myers, pro se, and for Appellee, J. Tom Smoot, III, P.A.

Dennis Lee Avery, of Avery Whigham and Winesett, Fort Myers, for Appellee, Gail Medina.

J. Richard Caskey and Athanasios Poulakidas, of J. Richard Caskey, P.A., Tampa, for Appellees, Members Trust Company, FSB, and Jeanette Croley.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED